## Commonwealth, Appellant, *v.* Danville Bessemer Company.

Argued June 3, 1902.    Appeal, No. 18, May T., 1902, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 200, for defendant, on appeal from tax settlement in case of Commonwealth v. Danville Bessemer Company.    Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ.    Affirmed.

*Frederic W. Fleitz*, deputy attorney general, and *John P. Elkin*, attorney general, for appellant.

*M. E. Olmsted*, with him *A. C. Stamm*, for appellee.

PER CURIAM, June 3, 1902:
Judgment affirmed on opinion of the court below in Com. v. American Car and Foundry Company, ante, p. 302.